105 A.3d 658

John D. NARDONE, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.

Supreme Court of Pennsylvania.

Dec. 11, 2014.

## ORDER

PER CURIAM.

AND NOW, this 11th day of December, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1) Whether, in response to a police request for chemical testing arising out of a D.U.I. arrest, a motorist has a statutory right to request alternative chemical testing under section 1547(i) of the Motor Vehicle Code (75 Pa.C.S.A. § 1547(i))?

(2) If a motorist has a statutory right to request alternative chemical testing under section 1547(i) of the Motor Vehicle Code when arrested for a D.U.I., does section 1547 require that any such request be conditioned upon the motorist having a medical condition preventing him from undergoing the chemical test requested by the police?

(3) Whether, in response to a police request for chemical testing arising out of a D.U.I. arrest, a motorist's request for alternative chemical testing, without more,

constitutes a refusal to undergo chemical testing under 75 Pa.C.S.A. § 1547(b)(1)?